**Dismissed and Memorandum Opinion filed January 8, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00642-CV

---

**NAKEISHA HARMON, Appellant**

**V.**

**CSM BAKERY PRODUCTS, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1040175**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 14, 2014. The notice of appeal was filed August 7, 2012. Appellant filed an affidavit to proceed without advance payment of costs on appeal. On October 8, 2014, the trial court signed an order sustaining a contest to appellant's claim of indigence. Appellant did not file a motion challenging the trial court's order. *See* Tex. R. App. P. 20.1(j)(2).

On November 18, 2014, this court ordered appellant to pay the appellate filing fee on or before December 3, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Donovan and Wise.